1990, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petitions for writs of certiorari without reaching the merits of the motions to proceed *in forma pauperis*.

No. 89–6992.   IN RE JOHN.   Petition for writ of mandamus denied.

No. 89–7035.   IN RE SKIBO.   Petition for writ of prohibition denied.

No. 89–1008.   OWEN *v.* OWEN.   C. A. 11th Cir.   Certiorari granted.

No. 89–1111.   BALLBE *v.* IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 11th Cir.   Certiorari denied.

No. 89–1179.   JEROME MIRZA & ASSOCIATES, LTD. *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 89–1192.   GLINSEY *v.* ILLINOIS.   App. Ct. Ill., 4th Dist. Certiorari denied.

No. 89–1240.   THOMPSON *v.* DUKE ET AL.   C. A. 7th Cir. Certiorari denied.

No. 89–1268.   HARRISINGH *v.* FOWLER.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 89–1281.   BOTERO MORENO *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 89–1307.   MR. W FIREWORKS, INC. *v.* DOLE, SECRETARY OF LABOR.   C. A. 5th Cir.   Certiorari denied.